UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-01301 |
| NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, and LISA Y. HENDERSON, Regional Director, NLRB Region 10, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Vanderbilt University's Motion for a Temporary Restraining Order ("Motion") (Doc. No. 11).

Pursuant to Federal Rule of Civil Procedure Rule 65, the Verified Complaint and the Motion, the Court issues this temporary restraining order. Until further order of the Court, National Labor Relations Board and Lisa Y. Henderson, including their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them, shall not take any further action on the pending election petition involving graduate students at Vanderbilt University, including but not limited to requiring or compelling Plaintiff to disclose any information from student education records. The Court finds it unnecessary to require bond at this time.

The parties shall appear for a status conference at 2:00 PM on Monday, **November 4, 2024**.

Plaintiff's counsel shall serve a copy of this Order on Defendants.

IT IS SO ORDERED.

Entered on 10/30/2024 at 5:00 PM

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE