# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-01301 |
| NATIONAL LABOR RELATIONS BOARD, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' Motion to Suspend Injunctive Order Pending Appeal and for Expedited Consideration (Doc. No. 48). Defendants, remarkably, have imposed a deadline on this Court for it to rule on their Motion by 12:00 p.m. on December 6, 2024. (See id. at 1). Accordingly, should Vanderbilt wish to respond to Defendants' Motion (Doc. No. 48), it must do so by no later than 8:00 a.m., **December 6, 2024**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE