## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 27, 2025

Mr. Daniel Brasil Becker
National Labor Relations Board
1015 Half Street, S.E.
Fourth Floor
4044A
Washington, DC 20003

Ms. Elizabeth B. Carter
Littler Mendelson
111 N. Orange Avenue
Suite 1750
Orlando, FL 32801

Ms. Julie Marie Covel
National Labor Relations Board
1015 Half Street, S.E.
Fourth Floor
Washington, DC 20003

Ms. Christine Flack
National Labor Relations Board
1015 Half Street, S.E.
Fourth Floor
Washington, DC 20003

Mr. Alfred John Harper III
Littler Mendelson
1301 McKinney Street
Suite 1900
Houston, TX 77010

Mr. Padraic Lehane
National Labor Relations Board
1015 Half Street, S.E.
Fourth Floor
Washington, DC 20003

Mr. Alexander Thomas MacDonald
Littler Mendelson
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006-4046

Ms. Brooke Elizabeth Niedecken
Littler Mendelson
41 S. High Street
Suite 3250
Columbus, OH 43215

                        Re:  Case No. 24-6098, *Vanderbilt University v. NLRB, et al*
                               Originating Case No. : 3:24-cv-01301

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                                  Sincerely yours,

                                                  s/Connie A. Weiskittel
                                                  Mediation Administrator

cc: Ms. Lynda M. Hill
Enclosure

No mandate to issue

Case No. 24-6098

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

VANDERBILT UNIVERSITY

    Plaintiff - Appellee

v.

NATIONAL LABOR RELATIONS BOARD; NLRB REGION 10; MATTHEW TURNER

    Defendants - Appellants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                                  **ENTERED PURSUANT TO RULE 33,**
                                                  **RULES OF THE SIXTH CIRCUIT**
                                                  Kelly L. Stephens, Clerk

Issued: February 27, 2025