UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** | |
| *Plaintiff*, | |
| v. | Case No. 3:24-cv-01301 |
| | District Judge Waverly Crenshaw, Jr. |
| | Magistrate Judge Jeffrey Frensley |
| **NATIONAL LABOR RELATIONS BOARD**, a federal administrative agency, and **MATTHEW TURNER**, Regional Director, NLRB Region 10, | |
| *Defendants*. | |

## DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSAL OF THE COMPLAINT AS MOOT

Defendants (collectively "NLRB") move this Court to issue a judgment dismissing this case as moot pursuant to Federal Rule of Civil Procedure 12(c) and 12(h)(3). A motion for judgment on the pleadings is allowed at any time after the pleadings are closed, but within such time as not to delay trial. Fed. R. Civ. P. 12(c). A lack of subject-matter jurisdiction may be raised at any time, including in a Rule 12(c) motion. Fed. R. Civ. P. 12(h)(3). Accordingly, for the reasons provided in the accompanying memorandum, the NLRB asks the Court to dismiss this case for lack of jurisdiction, as it is moot and no actual case or controversy remains for the Court to decide.

Respectfully submitted,

National Labor Relations Board
Contempt, Compliance, and
   Special Litigation Branch
1015 Half St. SE
Washington, DC 20003

Fax: (202) 273-4244

Kevin P. Flanagan
*Deputy Assistant General Counsel*
Tel: (202) 273-2938
kevin.flanagan@nlrb.gov
(No official bar number in Maryland)

David P. Boehm
*Trial Attorney*
(*Admitted Pro Hac Vice*)
D.C. Bar No. 1033755
Tel: (202) 273-4202
david.boehm@nlrb.gov

/s/ Christine Flack
*Supervisory Attorney*
(*Admitted Pro Hac Vice*)
(No official bar number in Maryland)
Tel: (202) 273-2842
christine.flack@nlrb.gov; ccslb@nlrb.gov

ATTORNEYS FOR DEFENDANTS

Dated: March 10, 2025

2

## CERTIFICATE OF SERVICE

I certify that on March 10, 2025, I filed a copy of Defendants' Rule 12(c) Motion for Judgment on the Pleadings and Dismissal of the Complaint as Moot via this Court's CM/ECF electronic filing system. I certify that all participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Christine Flack
Christine Flack
*Supervisory Attorney*
(*Admitted Pro Hac Vice*)
(No official bar number in Maryland)
Tel: (202) 273-2842
christine.flack@nlrb.gov; ccslb@nlrb.gov

Dated: March 10, 2025