| | |
|---|---|
| **From:** | Samuel Morris |
| **To:** | Smith, Stacee R. |
| **Cc:** | Adkins, Jill C.; Tess Shelton |
| **Subject:** | [EXTERNAL] 10-RC-351808 Vanderbilt University |
| **Date:** | Thursday, December 12, 2024 2:11:32 PM |
| **Attachments:** | image001.jpg<br>image002.png |

Please consider this the request of the Petitioner to withdraw the Petition in the above referenced case.



**Samuel Morris**
Godwin Morris Laurenzi Bloomfield
50 N. Front St, Suite 800
Memphis, TN   38103
Office  901 528 1702 – Mobile 901 949 1144



**Exhibit 1, Page 1 of 5**
Case 3:24-cv-01301     Document 69-2     Filed 03/10/25     Page 1 of 5 PageID #: 608
Exhibits, page 1 of 1

**Becker, Daniel Brasil**

| | |
|---|---|
| **From:** | Flack, Christine |
| **Sent:** | Wednesday, February 19, 2025 12:15 PM |
| **To:** | Becker, Daniel Brasil |
| **Subject:** | FW: [EXTERNAL] Activity in Case 3:24-cv-01301 Vanderbilt University v. National Labor Relations Board et al Memorandum Opinion of the Court |

**From:** cmecf@tnmd.uscourts.gov <cmecf@tnmd.uscourts.gov>
**Sent:** Thursday, December 12, 2024 5:32 PM
**To:** deadmail@tnmd.uscourts.gov
**Subject:** [EXTERNAL] Activity in Case 3:24-cv-01301 Vanderbilt University v. National Labor Relations Board et al Memorandum Opinion of the Court

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court

Middle District of Tennessee

## Notice of Electronic Filing

The following transaction was entered on 12/12/2024 at 4:31 PM CST and filed on 12/12/2024
**Case Name:**     Vanderbilt University v. National Labor Relations Board et al
**Case Number:**   3:24-cv-01301
**Filer:**
**Document Number:** 53

**Docket Text:**
**MEMORANDUM OPINION signed by District Judge Waverly D. Crenshaw, Jr on 12/12/2024. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(ab)**

**3:24-cv-01301 Notice has been electronically mailed to:**

Anica Clarissa Jones    anica.jones@usdoj.gov, CaseView.ECF@usdoj.gov, kristee.adcock@usdoj.gov, liz.lopes@usdoj.gov, vanessa.haines@usdoj.gov

Timothy Allen Rybacki    trybacki@littler.com, rmccullough@littler.com

Brooke E. Niedecken    bniedecken@littler.com

Alexander Thomas MacDonald    amacdonald@littler.com

A. John Harper, III    AJHarper@littler.com

Christine Flack    christine.flack@nlrb.gov, ccslb@nlrb.gov

Elizabeth B. Carter    ecarter@littler.com

David Paul Boehm    david.boehm@nlrb.gov

**3:24-cv-01301 Notice SHOULD be delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1092242875 [Date=12/12/2024] [FileNumber=5286677-0] [ae28459fb792b6b7b22da5ee72da24270cff6597152c38962376e651ef32a2a563246424f64690e7f0a143fdb42abae03b383531f59dfd08a25220f83704b5df]]

**Becker, Daniel Brasil**

| | |
|---|---|
| From: | Flack, Christine |
| Sent: | Wednesday, February 19, 2025 12:15 PM |
| To: | Becker, Daniel Brasil |
| Subject: | FW: [EXTERNAL] Activity in Case 3:24-cv-01301 Vanderbilt University v. National Labor Relations Board et al Order on Motion for Miscellaneous Relief |

From: cmecf@tnmd.uscourts.gov <cmecf@tnmd.uscourts.gov>
Sent: Thursday, December 12, 2024 5:43 PM
To: deadmail@tnmd.uscourts.gov
Subject: [EXTERNAL] Activity in Case 3:24-cv-01301 Vanderbilt University v. National Labor Relations Board et al Order on Motion for Miscellaneous Relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

## Middle District of Tennessee

## Notice of Electronic Filing

The following transaction was entered on 12/12/2024 at 4:42 PM CST and filed on 12/12/2024

**Case Name:** Vanderbilt University v. National Labor Relations Board et al
**Case Number:** 3:24-cv-01301
**Filer:**
**Document Number:** 54

**Docket Text:**
**ORDER: For the reasons set forth in the Memorandum Opinion, the Court rules as follows 1. Vanderbilt University's Motion for Preliminary Injunction (Doc. No. [11] is GRANTED IN PART, and is DENIED IN PART.2. Defendants' Motion to Dissolve Temporary Restraining Order and for Expedited Consideration (Doc. No. [30]) is GRANTED. 3. Defendants' Motion to Suspend (Doc. No. [48]) and Motion to Reconsider (Doc. No. [43]) are DENIED AS MOOT. In light of this Order, the Courts November 13, 2024 status quo injunction (Doc. No. [33]) is VACATED. Signed by District Judge Waverly D. Crenshaw, Jr on 12/12/2024. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(ab)**

**3:24-cv-01301 Notice has been electronically mailed to:**

Anica Clarissa Jones    anica.jones@usdoj.gov, CaseView.ECF@usdoj.gov, kristee.adcock@usdoj.gov, liz.lopes@usdoj.gov, vanessa.haines@usdoj.gov

Timothy Allen Rybacki    trybacki@littler.com, rmccullough@littler.com

Brooke E. Niedecken    bniedecken@littler.com

Alexander Thomas MacDonald    amacdonald@littler.com

A. John Harper, III    AJHarper@littler.com

Christine Flack    christine.flack@nlrb.gov, ccslb@nlrb.gov

Elizabeth B. Carter    ecarter@littler.com

David Paul Boehm    david.boehm@nlrb.gov

**3:24-cv-01301 Notice SHOULD be delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1092242875 [Date=12/12/2024] [FileNumber=5286691-0] [9e9d237ea526c08e61dbd5bd84c3442affc1c985bc592bbc6cea843f63f15e53701dea6b0838512dad82a3697727f496aae4945e6090fab774f1542f7d74fa3c]]