UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| VANDERBILT UNIVERSITY, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-01301 |
| NATIONAL LABOR RELATIONS BOARD, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Motion to Stay Further Proceedings (Doc. No. 68), because on February 27, 2025, the Sixth Circuit dismissed all appeals, mooting Defendants' request for a stay. (Doc. Nos. 66–68). Vanderbilt University does not oppose this motion. Accordingly, Defendants' Motion (Doc. No. 68) is **GRANTED IN PART**. Defendants' Motion to Stay Further Proceedings Pending Appeal (Doc. No. 64) is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE