IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 3:24-cv-01301 | |
| ) | Judge Crenshaw/Frensley | |
| NATIONAL LABOR RELATIONS ) | | |
| BOARD, a federal administrative agency, ) | | |
| and MATTHEW TURNER, Regional ) | | |
| Director, NLRB Region 10, ) | | |
|     Defendants. ) | | |

## ORDER

Due to a conflict in the Court's calendar the Initial Case Management Conference in this matter set for March 17, 2025, is hereby reset for **April 28, 2025, at 9:00 a.m.**

The Parties shall call 1-855-244-8681, at the appointed time. and when prompted for the access code, enter 23139129180# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

                                                              **JEFFERY S. FRENSLEY**
                                                              **United States Magistrate Judge**