> Motion (74) is **GRANTED** and the deadline for Defendants' to reply in support of the Motion for Judgment on the Pleadings is extended to **April 11, 2025**.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** | |
| *Plaintiff,* | |
| v. | Case No. 3:24-cv-01301 |
| | Hon. Waverly Crenshaw, Jr. |
| **NATIONAL LABOR RELATIONS BOARD**, a federal administrative agency, and **MATTHEW TURNER**, Regional Director, NLRB Region 10, | Magistrate Judge Jeffrey Frensley |
| *Defendants.* | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSAL OF THE COMPLAINT AS MOOT

Pursuant to Local Rule 6.01(a), Defendants National Labor Relations Board, *et al.* ("NLRB") respectfully file this unopposed motion requesting that the Court issue an order extending the deadline for the NLRB to file its Reply in support of its Motion for Judgment on the Pleadings and Dismissal of the Complaint as Moot (ECF 69). The NLRB's Reply is currently due on March 31, 2025, and the NLRB requests an extension until April 11, 2025. Counsel for the NLRB is currently handling multiple other active lawsuits and has a series of time-sensitive and labor-intensive filing obligations that impede their ability to meet the current reply deadline. Counsel for Plaintiff Vanderbilt has no objection to the requested extension of time.

Wherefore, the NLRB respectfully requests that the Court grant this motion and extend the NLRB's due date for filing its Reply to April 11, 2025.