UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** : | |
| : | |
| *Plaintiff*, : | |
| : | Case No. 3:24-cv-01301 |
| v. : | |
| : | Hon. Waverly Crenshaw, Jr. |
| : | |
| : | Magistrate Judge Jeffrey Frensley |
| **NATIONAL LABOR RELATIONS** : | |
| **BOARD, a federal administrative agency,** : | |
| **and MATTHEW TURNER, Regional** : | |
| **Director, NLRB Region 10,** : | |
| : | |
| *Defendants*. : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.01(g), notice is hereby given that the undersigned counsel, Christine Flack, withdraws her appearance as counsel for Defendants, the National Labor Relations Board, et al (NLRB), because she is leaving the NLRB. The NLRB will continue to be represented by attorneys David Boehm, Michael Dale, and Daniel Brasil Becker, each of whom have noticed an appearance on behalf of the NLRB.

Dated: April 16, 2025                     Respectfully submitted,

/s/ Christine Flack
Christine Flack
*Supervisory Attorney*
(*Admitted Pro Hac Vice*)
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov; ccslb@nlrb.gov
National Labor Relations Board

1