IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| Plaintiff(s), | ) |
| v. | ) Civil Action No. 3:24-cv-01301 |
| | ) Judge Crenshaw / Frensley |
| NATIONAL LABOR RELATIONS BOARD, et al., | ) |
| Defendant(s) | ) |

## **O R D E R**

The Initial Case Management Conference scheduled on April 28, 2025 at 9:00 a.m. is hereby continued to May 22, 2025 at 8:30 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge